IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-57-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOEL AMANDO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

On February 3, 2022, defendant filed a pro se for designation of record for discovery [D.E. 69]. Defendant's case is currently on appeal before the United States Court of Appeals for the Fourth Circuit. The United States Court of Appeals for the Fourth Circuit has jurisdiction. Defendant may contact his court-appointed appellate counsel if he has questions. See [D.E. 71]. The court DISMISSES defendant's motion for designation of record for discovery [D.E. 69].

SO ORDERED. This 22 day of April, 2022.

JAMES C. DEVER III
United States District Judge